# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Munilla Construction Management, LLC ) ASBCA Nos. 60727, 60728, 60865
) 60866, 60867, 60868
) 60908
)
Under Contract No. W912EP-13-C-0008 )

APPEARANCES FOR THE APPELLANT: Karl Dix, Jr., Esq.
Garrett E. Miller, Esq.
Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Joshua R. Holmes, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Jacksonville

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have settled their disputes and requested that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes monetary awards to appellant as follows:

ASBCA No. 60727: $419,000.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 21 December 2015 until date of payment.

ASBCA No. 60728: $246,307.19. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 23 December 2015 until date of payment.

ASBCA No. 60865: $1,752,809.59. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 10 July 2015 until date of payment.

ASBCA No. 60866: $630,732.50. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 23 March 2016 until date of payment.

ASBCA No. 60867: $200,000.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 19 August 2016 until date of payment.

ASBCA No. 60868: $305,116.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 22 July 2016 until date of payment.

ASBCA No. 60908: $175,000.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 16 March 2016 until date of payment.

Dated: 20 September 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

KENNETH D. WOODROW
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 60727, 60728, 60865, 60866, 60867, 60868, 60908, Appeals of Munilla Construction Management, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2